AO 91 (Rev. 08/09) Criminal Complaint

FILED
DEC 19 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Under Seal

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.

CARL KRUSE, JR.

*Defendant(s)*

Case No. 1:14MJ653

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of in or around 2009 to in or about 2013 in the county of Arlington in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. § 371 (15 U.S.C. §§ 78j(b) and 78ff(a); 17 CFR § 240.10b-5; 18 U.S.C. § 1343) | Conspiracy to Commit Wire Fraud and Securities Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Zachary Terwilliger, Assistant U.S. Attorney

*Complainant's signature*

Patrick M. Boone, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 19 Dec 14

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge